# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THRIVENT FINANCIAL FOR LUTHERANS,

Plaintiff(s),

v.

THUMPER BLOOMQUIST, et al.,

Defendant(s).

Case No. 2:17-cv-01555-JCM-NJK

ORDER

This is a stalled interpleader action. On October 23, 2017, Plaintiff's counsel indicated he was "researching acceptable options for terminating this litigation," Docket No. 16 at 2, but nothing further has been filed in the intervening months. The parties shall file, no later than January 18, 2018, a joint status report.

IT IS SO ORDERED.

DATED: January 4, 2018

_____
Nancy J. Koppe
United States Magistrate Judge