# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS | Case No. 2:17-cv-01555-JCM-NJK |
| Interpleader Plaintiff, | |
| v. | ORDER |
| THUMPER BLOOMQUIST, et al., | (Docket No. 25) |
| Interpleader Defendants. | |

Pending before the Court is Interpleader Plaintiff's motion to deposit funds. Docket No. 25. Interpleader Defendant Bloomquist consents to the relief requested in the motion. Docket No. 26.

Accordingly, Interpleader Plaintiff's motion to deposit funds is **GRANTED** in part and **DENIED** in part. Docket No. 25.

**IT IS ORDERED** that Interpleader Plaintiff shall deposit the life insurance policies proceeds of $166,668.67 with the Court within 30 days of this order.

**IT IS FURTHER ORDERED** that Interpleader Plaintiff shall collect and deduct a total of $2,500.00 as its reasonable attorneys' fees and costs incurred herein from the $166,668.67 to be deposited with the Court.

. . . .

. . . .

. . . .

**IT IS FURTHER ORDERED** that Interpleader Plaintiff's requests for a permanent injunction and discharge from further liability regarding the funds to be deposited with the Court are **DENIED** without prejudice. *See* LR IC 2-2(b) ("For each type of relief requested ... a separate document must be filed and a separate event must be selected....").

IT IS SO ORDERED.

DATED: April 4, 2018.

_____
NANCY J. KOPPE
United States Magistrate Judge