# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS | Case No. 2:17-cv-01555-JCM-NJK |
| Interpleader Plaintiff, | |
| v. | ORDER |
| THUMPER BLOOMQUIST, et al., | (Docket No. 28) |
| Interpleader Defendants. | |

On April 4, 2018, the Court granted Interpleader Plaintiff's request to deposit funds with the Court and ordered Interpleader Plaintiff to deposit a total of $164,168.67 with the Court. Docket No. 27. After the Court issued its order, however, Interpleader Plaintiff learned that interest had accrued on the fund; therefore the fund amount to be deposited totals $170,452.51.[1] Docket No. 28 at 3. As a result, Interpleader Plaintiff filed the instant motion to amend the Court's prior order. *See* Docket No. 28.

Accordingly, for good cause shown, Interpleader Plaintiff's motion to amend is hereby **GRANTED**. Docket No. 28.

**IT IS ORDERED** that Interpleader Plaintiff shall deposit a total of $170,452.51 with the Court

---

[1] This amount takes into account the deduction for attorneys' fees that the Court ordered previously. *See* Docket Nos. 25, 28.

within 30 days of this order.

**IT IS FURTHER ORDERED** that, apart from the amended fund amount, all other aspects of the Court's order at Docket No. 27 remain.

IT IS SO ORDERED.

DATED: April 18, 2018.

_____
NANCY J. KOPPE
United States Magistrate Judge

2